**Exhibit A to the Complaint**

**Location:** Fort Collins, CO  
**Total Works Infringed:** 100  

**IP Address:** 67.174.106.86  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D2EB460A7C696C3A9D62EDCD797DDDD07094F2D5<br>File Hash: 877D0C18891243E33B66AA18ED479D27D8386F83F38C8FE709A1EF43D9C06E7F | 03-19-2023 23:24:40 | Blacked Raw | 11-13-2017 | 11-30-2017 | PA0002098039 |
| 2 | Info Hash: 45E6D74963C18BF60B8A529AA23A409FE53E37B4<br>File Hash: BE684BC9C4A7C8B78AAD19E736ECB287799E535F2EC01A1E8DC53EAFF2B79681 | 03-14-2023 23:04:43 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 3 | Info Hash: FF79E9DFC700B8931D11F713C9E9B2370FE2E0E1<br>File Hash: B0D5581077FEF7AFF6B3F1D8BC39F8610C0BEBC84648CB0891AF544B9FDACEBA | 03-14-2023 22:57:26 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 4 | Info Hash: 9B227B2F714A2C1D72BA4AABE2E2DDBCE8A08FFA<br>File Hash: 61BE640426AC828DD3E5609FA3BA27950D70BB84715E8B6304A7369C2C970B25 | 03-14-2023 22:54:27 | Vixen | 05-01-2020 | 05-19-2020 | PA0002241473 |
| 5 | Info Hash: 0279F8114C90ECBC2C775793D7CD9105ED963856<br>File Hash: 3DC45DDEEAF39622E73B28F7587BD6A4688887D83FC0D647EE20E12252B634AB | 02-13-2023 04:55:53 | Blacked | 01-15-2018 | 01-24-2018 | PA0002101768 |
| 6 | Info Hash: 208BB6D56560EDAF3A5C7848334674A1AD9AA863<br>File Hash: 709F917B6AB0830D516BC53D398199094C91660CA114C938B8D06B6027F7967D | 01-09-2023 00:13:09 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 7 | Info Hash: 9E7AA349F9E117314933CEDB885EF0A70E02E141<br>File Hash: 2D195DA4D1606207CE53490B5D0226D1B35671FE537BC7EFC496A557600DA514 | 01-09-2023 00:08:17 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 8 | Info Hash: B56C320DF91A81F620DE09BF052BC98867A3D5CC<br>File Hash: E6D293B01CF18FA42CCA055FB29DDA520699650FA64D2AAB6975975B2D3C81C6 | 01-04-2023 17:14:18 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 9 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash: D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 01-04-2023 03:17:45 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 10 | Info Hash: 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23<br>File Hash: 8F6C453740B37D5E62E645F7B122857B20C711154CF03D4597B1C3C020D30F52 | 12-30-2022 03:36:03 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 11 | Info Hash: 97DCF54C3B73D6BBDE490D88743A0C7DA092825E<br>File Hash: 11C2339FD910A4AB8D4A9F3CA3B45EE159ECA49E9EB522347DDD4662AC879B43 | 12-22-2022 16:36:43 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D587F487F1E7C828A591E34C3BE2B443D57BD17B<br>File Hash: 4A6690EFF814EBF7C2B83DA61CFC3C128F709B7D3BAF1F95A58723A56FAB7E3F | 12-22-2022 16:34:25 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 13 | Info Hash: 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E<br>File Hash: B8FF037D08567BCE9CDCD7F453A121721F9EAE87AD7B0DB0BABC133C84C2F3D7 | 12-21-2022 00:47:54 | Blacked Raw | 03-23-2019 | 04-08-2019 | PA0002164877 |
| 14 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash: 031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 12-21-2022 00:47:53 | Vixen | 11-20-2019 | 12-09-2019 | PA0002216255 |
| 15 | Info Hash: CA60236D29E4C5A36B1A2BD59DBA968105F955AC<br>File Hash: D40AE0203C62D97B29DA45B68BF568D372CDB7EBE39E27D9571A0A1C77E2EB03 | 12-17-2022 16:42:22 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 16 | Info Hash: EC06D0BA313E94EEEE860D477D2B9C3C898A6D98<br>File Hash: EE7394822E03FE16815D45B6AC04ACA56D1BAC4DF38976A1CB3ADEF1C5244D22 | 12-01-2022 00:04:58 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 17 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash: 3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 11-14-2022 18:20:23 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 18 | Info Hash: 7439F6C3D8B4655E9B53F9D31F567932DF4ED637<br>File Hash: 8B34A9E14931BBDDCD25E30FBF9B5DE23BD296788138AC9D03C05C1E62091DC4 | 11-09-2022 01:52:13 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 19 | Info Hash: 050511E544A94851EDE7195D2AEE4D38A1102E4D<br>File Hash: DC4563E3B6ED3B0430999D1C4AF87781C5743A85D800AD1BC19ED5185A4D2AEC | 11-02-2022 22:59:59 | Tushy | 06-15-2018 | 07-14-2018 | PA0002128159 |
| 20 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash: B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 10-19-2022 21:41:09 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 21 | Info Hash: 720BD54DC91FCDA2A82F0F1E95A74EC2FAFF0DDC<br>File Hash: 8746C503E2BBAE805C28AD87A22566335199650A638A6AE3B697CF21DA0DF0D6 | 09-25-2022 23:30:27 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 22 | Info Hash: A044C1B3EBEC733AC48CD2C3AA3AE825647F3D4F<br>File Hash: C69A7F72612E2AFF02237C8B1763F3A1C071E78B0E1EB762FAD8D95D95042504 | 09-10-2022 02:00:08 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 23 | Info Hash: ECBB9CA5B188231C32B5E776190C95490D88C90A<br>File Hash: 25A2913FB11437977C8B560C40FF5AA2A3578759FF426AE31889BFA76D5C2474 | 09-07-2022 20:51:28 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 51B8B05E291259D05FAEE870D556CE9E549EB5EB<br>File Hash: FC775F0538AF2905607357E51C54370DEC7C7B8001939C08110CF0D3DC491655 | 09-04-2022 18:21:38 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 25 | Info Hash: 500CED73AD1640EE38AC911929DCFF74E9137064<br>File Hash: 929C5D23D8A40873034DEF5A596FDD63213ADBFCC955FF5EB76CA9A088AD4C07 | 08-29-2022 01:42:45 | Tushy | 04-12-2020 | 04-22-2020 | PA0002237697 |
| 26 | Info Hash: EF5E0EA2F75D24F225AAF66630629A160B8070D3<br>File Hash: 7E3D58FBB38F6191A32209C8C12D19BDAB13FDDB157807004816D6251C722D57 | 08-25-2022 01:53:40 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 27 | Info Hash: C0AF0E461A6C6EDA52D70A44F8B3685FD1ABCFA3<br>File Hash: DA0F0B1398F9753A117A7C5B67BA05DA19F6143BA7693248719E9A72AB45F489 | 08-25-2022 01:49:04 | Vixen | 08-02-2018 | 09-01-2018 | PA0002119574 |
| 28 | Info Hash: 3534C2B08D91633EB0FB960A4C43E4E810E2E421<br>File Hash: 5DE7DF867C95C6AF0E4F52435B2069EE796E3EE8850A7F4AA8F2171A5C86E66B | 07-31-2022 12:00:14 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 29 | Info Hash: 665AB059BA65DDB82040CEB98A83B8BCED372A4C<br>File Hash: 33426FFA7BACA6169D3C17B75E83C7F65AF84AEE693F1DFF51FDA25B6EE0E659 | 07-26-2022 22:04:09 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 30 | Info Hash: D9E6C89D800F198B3963C0129111D296C3830B1B<br>File Hash: 1FB697D7471A2E39B8C66FE7BEAA6AC696275A30A51A1843749723A4238E2D03 | 07-23-2022 21:49:39 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 31 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash: 55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 07-20-2022 01:16:55 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 32 | Info Hash: 2449483BE6EA802A3EA1CEC474394619355169B8<br>File Hash: CE872CB85CE5B80A49D14DDC065EB78E031CB62CE51C24A210A69FACAB14ECF0 | 07-18-2022 23:44:53 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 33 | Info Hash: CAA1DD05BF6575C8B47341C4E15A88FD3F0FF0DA<br>File Hash: EC51CE82B5229B431FB52886F86419C2CCE3EA3B3F6E44E614350E34C6B0A2A0 | 07-13-2022 23:21:53 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 34 | Info Hash: A97DD32CE65682C209C2BC608BC706D63FA526FA<br>File Hash: 7B64322545AD61E7E9D5862E2244F2DF76EF9B25D8A17ADDD9288AEF527B6326 | 07-07-2022 22:58:28 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 35 | Info Hash: EE164157CC85B1C5589DEDCB523C91D750A75399<br>File Hash: 3C436FD215694282EC63C7412A3D4801978123631FBB513B382C2AB897FD099A | 07-02-2022 21:14:54 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D4E56208BE290AAF986DD87881D7A77129089B86<br>File Hash: CFFEB7D5057D1FD28D9A4F4C1DE274C2FD8D161A7B8518F72C759E7BDD4EA716 | 07-02-2022 21:14:09 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 37 | Info Hash: 5269E9647358D2C0080970F7B91836FF0B134F73<br>File Hash: 27FB0D30B36C136AFA8C6C21A0D532780A248DC9A46D86A04DB243DAA5069A62 | 07-02-2022 21:12:39 | Blacked Raw | 12-28-2019 | 01-27-2020 | PA0002223954 |
| 38 | Info Hash: EA9FF13E03AB98F784270C43F9812FF205C74AD8<br>File Hash: 4B815AE2C3BBEFEA6AB1B15442E7FE5D03648BDEEA1A2993D20BF914535C52BE | 07-02-2022 21:12:37 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 39 | Info Hash: 3B10347A067B38296B579BB797CFC8F7D6A274FB<br>File Hash: 17011765814E2BCD832941807290FE2847449763364050BD47D1AA0BC05B90B2 | 06-22-2022 06:20:28 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 40 | Info Hash: 0F4CEEDB8F6D27D7BFE969C594FE95F2BEED79B1<br>File Hash: 45EF60C61C818F4C41D4026EECBB5D2C42B4E3351E52714FE05EA5CEA09F96C9 | 06-01-2022 03:05:17 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 41 | Info Hash: 848D53796E57ECC9339584B00C85DBECC15B1972<br>File Hash: 71BA8001D0DB2EABF4C24A1E059187713B008BB937F30A0217782816A4C04421 | 05-29-2022 20:36:25 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 42 | Info Hash: 31ABA0B21D81BC8ED066320EE2A56C75B5C91877<br>File Hash: 5AA78724398529E64D86597C0DDFDC8109760EC4D253C8A36CFF17AE3C768950 | 05-17-2022 01:44:58 | Vixen | 05-29-2020 | 06-16-2020 | PA0002253260 |
| 43 | Info Hash: DF13DBDC5953B38B3E5133F037BCC8E8AF0F468D<br>File Hash: C34BA05DE519722211D78E80F30F1DBCCF669B8F44E350B62FF21AEFD8E95C46 | 05-17-2022 01:33:46 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 44 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 05-06-2022 01:53:52 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 45 | Info Hash: 77537958D009D974B9970112342BCA232614C16F<br>File Hash: 7958C06428989993EA479C3C4034098143E30A268F7B350080BCA34C7DCF369C | 04-30-2022 17:09:22 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 46 | Info Hash: 39AD8CEA41CD8C0BF0547408A1684D78BDB4E4E0<br>File Hash: 837476FDABB0CC5383D38FEBA967777823E7C10FD7DFF76DA1D661D2388E0224 | 04-20-2022 19:00:32 | Tushy | 02-20-2022 | 03-29-2022 | PA0002342839 |
| 47 | Info Hash: C6D89A14439B65845B858939EABB7075820E2B1D<br>File Hash: 34B237A6542B8BC5C3F37D109D74B20FCA2D704596C79193FF3BB53A62EB7F4B | 04-18-2022 20:19:28 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: B01AD269B921E6EF4954851DDF1CBE6A5911064E<br>File Hash: 67E6F66361440ED106355513B46089BA65B6866080C966AF651DB0FBFF28D100 | 04-17-2022 22:32:04 | Vixen | 04-15-2022 | 04-23-2022 | PA0002346429 |
| 49 | Info Hash: AF2E1589AAB91E7A727FF7C9CBAC250F4D3C40C4<br>File Hash: 42A50044E2FA23663195608280E6B80DE8CDF3E57A7685A3234D3512F5C25B6E | 03-15-2022 22:52:31 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 50 | Info Hash: F10430D871D4F5F7FD37191D05B947EA5EA09DDC<br>File Hash: 31D19027E372833D101F823D85800267920909A94F27A4A4D84F05245C756F7D | 03-15-2022 20:38:31 | Tushy | 03-13-2022 | 03-29-2022 | PA0002342866 |
| 51 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash: 9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 02-11-2022 00:29:39 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 52 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash: FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 02-04-2022 03:38:12 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 53 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash: F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 01-25-2022 01:43:50 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 54 | Info Hash: 8B84870625941F984BA357806583B9F62C6D5F9D<br>File Hash: 39B15527B11593F329E565B1ABF2CD8A4423C73C7724775A47CADA47F6D2E224 | 01-23-2022 11:06:39 | Tushy | 01-31-2019 | 02-22-2019 | PA0002155140 |
| 55 | Info Hash: 4462F15ECCAE3038C0E004C2DB3C7942CBA68F27<br>File Hash: AA7966D1EC58A23D2922019D9593ADAD91E50106211EB64A264A882FA4900E4B | 01-16-2022 22:05:29 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |
| 56 | Info Hash: 6E6BFEFC1BD4B054C88A5C9F7E612FD1C4250A1D<br>File Hash: 13E34D265DEBDD8151A4C7A13434B7098F13F64614FFC8F9BF4E45F641CDB386 | 01-04-2022 06:47:04 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 57 | Info Hash: 168D9A9501B1A21D1AEDC90AC621A9E304D01A72<br>File Hash: FF30469F559BC9300043488BF579C6A0342F3DF72E7EBB7E18E2090920EA094F | 01-03-2022 17:32:45 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 58 | Info Hash: 4DAE892CF0B4C01635FC0F6B23139D5D3D2E6344<br>File Hash: 55881C4CA8BBC5B0EEAF4A8F9BD1CB2265031D524AFBF724B9F0C085CD731A46 | 12-06-2021 07:17:56 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 59 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 12-05-2021 16:43:18 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 0D3F517CA16BF1C1F7141865E845817191E1D2D8<br>File Hash: FCD85BD0EFD258A07B81E46FFD228C7CC36DF7C5CDCB1560FA70BCB1B4AD805C | 12-01-2021 15:29:44 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 61 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 11-24-2021 15:09:00 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 62 | Info Hash: 0F3369D56C12420526363EBE5C492385B9FDE5DE<br>File Hash: 2279D39687C78A02AD890FFC3B774535F38F009FC1B4BA4888B405D8B184D831 | 11-15-2021 08:48:02 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 63 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-14-2021 15:07:39 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 64 | Info Hash: BE5697662378975BF0EFE5B6831E82E47CC543AB<br>File Hash: 10D5CD95662529FF0E5FAAF062A0B7D241509D13A010C009220C91DDA85D7B62 | 11-07-2021 15:44:29 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 65 | Info Hash: 96D8ACA6F87B8B1B7E79CC11876AA218635A3988<br>File Hash: E49D6BBB7B594D2604E99411B3059F00BE1D3A6211A22994F2D40D4E6253F0AA | 11-01-2021 13:52:24 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 66 | Info Hash: C33B3A3FB83FABA1347936E07185ACAC4012DD5C<br>File Hash: EFC126FCAABA73044C010718C1D4D5D4BAD0F598ADFB5DAB4AA13DE4109927CF | 10-27-2021 14:44:34 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 67 | Info Hash: D1E9777E67C9341EDDCA1915A749026CC2307DB6<br>File Hash: 21CDED7FB317274770D07E001AB2481E1EA2D946800B7787A59F61272DEF94CD | 10-26-2021 15:17:02 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 68 | Info Hash: B6B49487BB06BBF152DC50FFA648BF58A3C95B1F<br>File Hash: 1BFAAC06A8263E7A8C2C6EB07FC4D4BC3ADD1377D571D20348B802E0DCDF866B | 10-21-2021 19:28:10 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 69 | Info Hash: BC81CAD646A0A25A44E00AE27BED367A6B482D39<br>File Hash: BB923D804AED49D8D43ECE59C6240E89EF5B6F083EB5AF869A7E919CF4B0723E | 10-14-2021 14:05:16 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 70 | Info Hash: 52B9D293E5C076E6B053806889E0AFA757E91870<br>File Hash: 12CE8AC0D3BB3367B2E53C845B205182D69632225A9EFC7E92D7D1DF0E9E8820 | 10-02-2021 04:58:42 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 71 | Info Hash: 04171A75BF71DAC2FA9319D8E9A89D663787730F<br>File Hash: 32E1D19036B955EFCFE0880AA91B6C869A844190B04E3704B0D8A9AA71ECC2C5 | 09-28-2021 02:23:14 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: FEBC3D3ADC2BD4AA9E0EE1AAD1491BD4B0CB1AE3<br>File Hash: 2192139EC42B8CC24E6CF8507C7BEAB8D50B27875F9848FF48E68905937C51A2 | 09-09-2021 18:02:51 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 73 | Info Hash: 6A328AABCF7CDD40C99581F826A9C9C318749BCE<br>File Hash: 7BE314A684BD8C045D306FAF9F04E860583C69C2C94FF76D41BF3B9F0810BE1C | 08-30-2021 21:41:48 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 74 | Info Hash: 70769081502197B6122C2F5D785022F2D4949913<br>File Hash: A53C51D6D94021AED6FD5840A6FCE2482C415E930632D31DE83681FE2D132C14 | 08-20-2021 00:40:31 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 75 | Info Hash: D016E2740C2ABCE9BC724747C7C1700B692127FA<br>File Hash: 1F1223960CD5F962D2DA22AE5AD62358CC365F90FD4B5DDF70BB097DC6867BEA | 08-05-2021 19:07:47 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 76 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 07-18-2021 15:04:14 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 77 | Info Hash: DC1E6B6B859858F18C13DA01399171E5E91C197F<br>File Hash: D787A99B81D43374C14F4D77E90C79DAA308918684AEA6AAFF8034782DF0B8CD | 07-06-2021 08:46:51 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |
| 78 | Info Hash: A4F32B9E35B11D245A89EFB3BC49DF3C307DBC4C<br>File Hash: 4EB9FCBEBC376A05C29B4F19D8073EB83169AC9893DBF6B4C8555D270A41F5F8 | 07-06-2021 05:15:07 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 79 | Info Hash: 86491FC10A5128233E050F0E4AAC4809942A94A4<br>File Hash: F42ACA9A08AD5FD88857FE14B1C7F85EB40EDE50AAB0DAD7950C08601C1A1994 | 07-06-2021 05:08:03 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 80 | Info Hash: 71D2D29AD1EC84E95C3EC6E1CAEDD6A2595FF48B<br>File Hash: FBBEC96AB34618E8209282048601343DC436F5AA83CAD376ABD85F8CEA28459B | 06-19-2021 18:44:59 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |
| 81 | Info Hash: A3F48EADCC48715AAC920647B517D36CFEA3EF25<br>File Hash: 79FBFABCA7F9575F7EA11AAB299B3ED03901F46B5F1500FB8225410EE54FA5E8 | 05-28-2021 09:58:46 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 82 | Info Hash: 73FF56417B80001A7B359B7AD950366EA706DF13<br>File Hash: EDBBA2130B528B643297E287CBD82189A1FFD31C0F9FA6A943D45F021911BA7A | 05-07-2021 23:34:07 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 83 | Info Hash: 28B8B31C792F1CA34A908834F37BBD4399E80A0C<br>File Hash: FF460F609C0680B6B4BD70DC2BE94C1ADA2A5BF2DF66C005BAEE0A1C35D407AD | 02-27-2021 18:53:40 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 09FECD5ECA9A50DF2EEF37504906BB4E0E939D50<br>File Hash: 832A6155E356BCAC4BD4D3EBF6F3E20F839ED923A3020E129C2241CBDF90FBE6 | 02-27-2021 18:34:32 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 85 | Info Hash: FBE49321D58C71912B3CE9DD0A2AA7E4F2205252<br>File Hash: 94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 02-26-2021 01:41:55 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 86 | Info Hash: FAB296ABD8590589A86EFFECE2ECAD1AF371FA59<br>File Hash: CCAC2BBFEF6770BE2FD693DCE809BEF3B915B1BFA3185FE9CDA04070A6A8E987 | 02-19-2021 00:25:16 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 87 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 02-07-2021 00:43:07 | Tushy | 05-11-2018 | 05-24-2018 | PA0002101379 |
| 88 | Info Hash: B0E5916DDA0894DBA9F4D5DF96340FFF086ABF07<br>File Hash: F6495E1085B69EAF1AB4D54066963D3B64639435D63BDAD59D02AD76F1AACBFF | 02-02-2021 02:09:04 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |
| 89 | Info Hash: 89AA2665D3899885EAEA7F5A2C918A5C0A1E5C5A<br>File Hash: 6B7EF1B84F8E2C5A6B7FA99CF3ACD25162F15ECBD3521CF53813B3082486952D | 12-25-2020 18:54:10 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 90 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 12-25-2020 18:43:19 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 91 | Info Hash: C4C141CBBF3D8527311C88CF35A0E95DF890CE0E<br>File Hash: 3FA3B64C5DA88C32A07C7B32EB8F154367F9752AA82D525835C7A881C2152D53 | 12-03-2020 17:12:05 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 92 | Info Hash: E6CEA169312DBCD536E16D6881612FBFB66F4423<br>File Hash: 3850CF9002AF259114AF96E5805C6B23C087CB95ADFDA2F1CA60748434C789C0 | 12-03-2020 17:11:26 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 93 | Info Hash: 1A7246D672BF75E1B54BD209E1A045C1537C3382<br>File Hash: CDCF5E58B50B8E4B1CEDBEDF1D3C4025C2120BDF5107AF1E45ED0BDEAC00FB1D | 11-01-2020 04:12:43 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 94 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 11-01-2020 04:05:36 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 95 | Info Hash: 896414FEC6D0B67D55D70E796377323E455E6185<br>File Hash: E7B1497F9047391F8CCDEF914584AB0F25AD1DCF69B94430325A919C395F6E2F | 10-11-2020 13:11:28 | Blacked Raw | 03-03-2019 | 04-17-2019 | PA0002186905 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 285F73F389B0D9563403C1EB4FDD6746C20DC9D4<br>File Hash:<br>C0B04D8A12AD1BF5AC8BF34128E3D3C6A696D49A4EE56605E92C1EF886C6573F | 10-09-2020 20:25:17 | Blacked Raw | 05-22-2019 | 07-17-2019 | PA0002188299 |
| 97 | Info Hash: 3C109B5928289FD0855824AB59FDCD825AE3DE52<br>File Hash:<br>298F389FC5A0D0A4362F8153771BC4364DF79973187D3C4C998DFBFE5EECDFE8 | 09-03-2020 19:36:55 | Vixen | 05-09-2018 | 06-19-2018 | PA0002126667 |
| 98 | Info Hash: BA5DC3EF8DA5096B1CD1ECD185924F57B28A4BEC<br>File Hash:<br>7736C751BC525B52E9284AF975AEE6F7CDD09BC6D546AE4D804D5AB0E18A482B | 06-16-2020 04:01:40 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 99 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A<br>File Hash:<br>3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 06-07-2020 17:47:15 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 100 | Info Hash: 2FFAD70F46B40DFC5128CDEBE53FF3E80BC488C5<br>File Hash:<br>C2DA1441BB3B741240DA910B7314776FD643CAADD36F1E782F36E54F79689C53 | 05-15-2020 20:33:48 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |