IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00962-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.174.106.86,

    Defendant.

## ENTRY OF APPEARANCE

Christopher P. Whitham of Cochran Freund & Young LLC respectfully enters his appearance as counsel on behalf of Defendant John Doe Subscriber Assigned IP Address 67.174.106.86.

DATED this 30th day of May, 2023

        By:    /s/ *Christopher P. Whitham*
                 Christopher P. Whitham
                 COCHRAN FREUND & YOUNG LLC
                 2026 Caribou Drive, Suite 201
                 Fort Collins, CO 80525
                 Tel: (970) 492-1100
                 Fax: (970) 492-1101
                 chrisw@patentlegal.com

                 *Attorney(s) for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 30th, 2023, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed via the CM/ECF filing system which will send notification of such filing to the following:

Jessica Fernandez, Esq.
Associate In-House Counsel
General Media Systems, LLC
11271 Ventura Blvd, #717
Studio City, CA 91604
*Attorney(s) for Plaintiff*

                        By:    /s/ *Christopher P. Whitham*
                                 Christopher P. Whitham
                                 COCHRAN FREUND & YOUNG LLC
                                 2026 Caribou Drive, Suite 201
                                 Fort Collins, CO  80525
                                 Tel:  (970) 492-1100
                                 Fax:  (970) 492-1101
                                 chrisw@patentlegal.com

                                 *Attorney(s) for Defendant*