IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00962-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.174.106.86,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 13, 2023.**

    For good cause shown, the Court hereby **grants** "Defendant's Motion for Withdrawal and Substitution of Counsel" filed by Christopher P. Whitham, Esq., of Cochran Freund & Young LLC and James M. Slater, Esq., of Slater Legal PLLC. ECF 16. Defendant requests the withdrawal of Mr. Whitham as counsel of record. *Id.* Mr. Slater, who concurrently filed a Notice of Appearance at ECF 15 will continue representing Defendant. ECF 16.

    Mr. Whitham's representation of Defendant in this case is hereby terminated. After docketing this Minute Order, the Clerk of Court shall remove his information from the case caption and remove his email address so that he does not receive future NEFs from this civil action.