IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-962-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.174.106.86,

    Defendant.

## DECLARATION OF JOHN DOE

Pursuant to 28 U.S.C. § 1746, I, John Doe, state as follows:

1. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2. I am using the pseudonym of "John Doe" because I wish to remain anonymous in this proceeding for the reasons set forth below.

3. I am a doctoral student, who is currently looking for post-doctoral employment around the country.

4. I am the individual who was identified by Comcast in connection with Plaintiff Strike 3 Holdings, LLC's subpoena directed to IP address 67.174.106.86.

5. I am aware that the letter sent to me from Comcast relating to Plaintiff's subpoena was inadvertently filed without redacting my name and address. It was never my intention to disclose my name and address in ECF No. 12-1.

6. I consider my sexual interests and proclivities to be an extremely private matter.

7. I would be embarrassed and would suffer great shame from having my identity linked to the allegations in Plaintiff's complaint, regardless of their veracity.

8. I would also suffer economic harm from being associated with the claims asserted by Plaintiff. Because I am currently seeking employment, it is possible that potential employers would learn about this lawsuit if I were named. My current job search includes institutions in conservative parts of the country and private institutions with religious affiliation. I believe that some of these prospective employers would not want to hire a candidate associated with the claims asserted in the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____6/16/2023____.

*John Doe*
John Doe