IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00962-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.174.106.86,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 20, 2023.**

For good cause shown and in the interest of justice, the Court hereby **grants** Defendant "John Doe's Unopposed Motion for Leave to Restrict and to Proceed Anonymously Until Trial" as follows. ECF 10.

The Clerk of the Court is directed to maintain ECF 12-1 under **Restriction Level One** until further order of the Court.

Mindful of Fed. R. Civ. P. 26(c)(1)'s admonition to protect parties from "embarrassment" (among other burdens) and Plaintiff's willingness to accede to Defendant Doe's desire to keep their identity concealed from the public until trial, the Court will order that Defendant Doe continue to proceed in this litigation anonymously as "Doe" until trial or until such anonymity becomes a hindrance or obstruction to the just, speedy, and inexpensive adjudication of this action or further order of this Court.